No. 2060. EL PUEBLO, APELADO, *v.* LÓPEZ (A) CHITO, APELANTE.—Escalamiento en primer grado. C. de D. de Humacao. R. mar. 19, 1924. Celebrada la vista y examinados los autos, y apareciendo que no se formuló la acusación dentro del término de ley, de acuerdo con la jurisprudencia establecida en el caso de *El Pueblo* v. *Almodóvar,* (pág. 829) se revoca la sentencia y se sobresee la acusación, sin perjuicio, decretándose la libertad del acusado o la cancelación de la fianza que tenga prestada.

No. 2995. ANDREU, APELADO, *v.* NOBLE ET AL., APELANTES.—C. de D. de Humacao. R. mar. 19, 1924. Celebrada la vista con la sola comparecencia del apelado, examinados los autos el alegato del apelante y la opinión de la corte inferior y oídas las manifestaciones del abogado de la apelada en el acto de la vista, no apareciendo que se haya cometido error fundamental alguno, se confirmó la sentencia.

No. 3034. LÓPEZ, APELADO, *v.* SOLER, APELANTE.—C. de D. de Ponce. R. mar. 20, 1924. Celebrada la vista sin asistencia de los abogados. Examinada la transcripción y los alegatos, no alegándose expresamente en la demanda que el caballo permutado estuviera enfermo de muermo en el acto de la celebración del contrato, visto el caso de *Valenhoff* v. *Aponte,* 28 D. P. R. 364, se revoca la sentencia recurrida, concediéndose al demandante diez días para enmendar su demanda, contados a partir del en que esta sentencia sea recibida en la corte inferior.